**ORIGINAL**

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>USDC Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.  DATE FILED<br>CV11 05119 | |
| PLAINTIFF<br>Inter-Avid Productions, a California Corporation | DEFENDANT<br>Ventura Content, AVV, et al. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See Exhibit "A" | See Exhibit "A" | Inter-Avid Productions |
| 2 See Exhibit "B" | See Exhibit "B" (Application Numbers) | Inter-Avid Productions |
| 3 | | |
| 4 | | |
| 5 | | |

FILED JUN 17 PM 3:17

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit A

## Exhibit A - List of Infringing Works

|    | Copyright Owner          | Copyright Registration Number |
|----|--------------------------|-------------------------------|
| 1  | Inter-Avid Productions   | PA 1-725-229                  |
| 2  | Inter-Avid Productions   | PA 1-725-149                  |
| 3  | Inter-Avid Productions   | PA 1-725-221                  |
| 4  | Inter-Avid Productions   | PA 1-725-155                  |
| 5  | Inter-Avid Productions   | PA 1-725-141                  |
| 6  | Inter-Avid Productions   | PA 1-725-159                  |
| 7  | Inter-Avid Productions   | PA 1-725-219                  |
| 8  | Inter-Avid Productions   | PA 1-725-147                  |
| 9  | Inter-Avid Productions   | PA 1-725-162                  |
| 10 | Inter-Avid Productions   | PA 1-725-227                  |
| 11 | Inter-Avid Productions   | PA 1-725-152                  |
| 12 | Inter-Avid Productions   | PA 1-725-228                  |
| 13 | Inter-Avid Productions   | PA 1-725-223                  |
| 14 | Inter-Avid Productions   | PA 1-725-143                  |
| 15 | Inter-Avid Productions   | PA 1-725-144                  |
| 16 | Inter-Avid Productions   | PA 1-725-225                  |
| 17 | Inter-Avid Productions   | PA 1-725-166                  |
| 18 | Inter-Avid Productions   | PA 1-725-142                  |
| 19 | Inter-Avid Productions   | PA 1-725-165                  |
| 20 | Inter-Avid Productions   | PA 1-725-224                  |
| 21 | Inter-Avid Productions   | PA 1-725-118                  |
| 22 | Inter-Avid Productions   | PA 1-725-116                  |
| 23 | Inter-Avid Productions   | PA 1-725-114                  |
| 24 | Inter-Avid Productions   | PA 1-725-112                  |
| 25 | Inter-Avid Productions   | PA 1-725-107                  |
| 26 | Inter-Avid Productions   | PA 1-725-106                  |
| 27 | Inter-Avid Productions   | PA 1-725-105                  |
| 28 | Inter-Avid Productions   | PA 1-725-104                  |
| 29 | Inter-Avid Productions   | PA 1-725-103                  |
| 30 | Inter-Avid Productions   | PA 1-725-102                  |
| 31 | Inter-Avid Productions   | PA 1-725-035                  |
| 32 | Inter-Avid Productions   | PA 1-725-034                  |
| 33 | Inter-Avid Productions   | PA 1-725-028                  |
| 34 | Inter-Avid Productions   | PA 1-725-020                  |
| 35 | Inter-Avid Productions   | PA 1-725-025                  |
| 36 | Inter-Avid Productions   | PA 1-725-019                  |
| 37 | Inter-Avid Productions   | PA 1-725-018                  |
| 38 | Inter-Avid Productions   | PA 1-725-017                  |
| 39 | Inter-Avid Productions   | PA 1-725-015                  |
| 40 | Inter-Avid Productions   | PA 1-725-293                  |
| 41 | Inter-Avid Productions   | PA 1-725-291                  |
| 42 | Inter-Avid Productions   | PA 1-725-290                  |
| 43 | Inter-Avid Productions   | PA 1-725-289                  |
| 44 | Inter-Avid Productions   | PA 1-725-285                  |
| 45 | Inter-Avid Productions   | PA 1-725-284                  |
| 46 | Inter-Avid Productions   | PA 1-725-283                  |

## Exhibit A - List of Infringing Works

| | | |
|---|---|---|
| 47 | Inter-Avid Productions | PA 1-725-280 |
| 48 | Inter-Avid Productions | PA 1-725-276 |
| 49 | Inter-Avid Productions | PA 1-725-275 |
| 50 | Inter-Avid Productions | PA 1-725-272 |
| 51 | Inter-Avid Productions | PA 1-725-270 |
| 52 | Inter-Avid Productions | PA 1-725-269 |
| 53 | Inter-Avid Productions | PA 1-725-267 |
| 54 | Inter-Avid Productions | PA 1-725-266 |
| 55 | Inter-Avid Productions | PA 1-725-263 |
| 56 | Inter-Avid Productions | PA 1-725-262 |
| 57 | Inter-Avid Productions | PA 1-725-259 |
| 58 | Inter-Avid Productions | PA 1-725-256 |
| 59 | Inter-Avid Productions | PA 1-725-254 |
| 60 | Inter-Avid Productions | PA 1-724-976 |
| 61 | Inter-Avid Productions | PA 1-724-977 |
| 62 | Inter-Avid Productions | PA 1-724-978 |
| 63 | Inter-Avid Productions | PA 1-724-979 |
| 64 | Inter-Avid Productions | PA 1-724-980 |
| 65 | Inter-Avid Productions | PA 1-724-981 |
| 66 | Inter-Avid Productions | PA 1-724-983 |
| 67 | Inter-Avid Productions | PA 1-724-984 |
| 68 | Inter-Avid Productions | PA 1-724-985 |
| 69 | Inter-Avid Productions | PA 1-724-987 |
| 70 | Inter-Avid Productions | PA 1-724-992 |
| 71 | Inter-Avid Productions | PA 1-724-993 |
| 72 | Inter-Avid Productions | PA 1-724-994 |
| 73 | Inter-Avid Productions | PA 1-724-995 |
| 74 | Inter-Avid Productions | PA 1-724-996 |
| 75 | Inter-Avid Productions | PA 1-724-997 |
| 76 | Inter-Avid Productions | PA 1-724-998 |
| 77 | Inter-Avid Productions | PA 1-724-999 |
| 78 | Inter-Avid Productions | PA 1-725-000 |
| 79 | Inter-Avid Productions | PA 1-725-001 |
| 80 | Inter-Avid Productions | PA 1-725-003 |
| 81 | Inter-Avid Productions | PA 1-725-503 |
| 82 | Inter-Avid Productions | PA 1-725-506 |
| 83 | Inter-Avid Productions | PA 1-725-507 |
| 84 | Inter-Avid Productions | PA 1-725-509 |
| 85 | Inter-Avid Productions | PA 1-725-511 |
| 86 | Inter-Avid Productions | PA 1-725-512 |
| 87 | Inter-Avid Productions | PA 1-725-513 |
| 88 | Inter-Avid Productions | PA 1-725-514 |
| 89 | Inter-Avid Productions | PA 1-725-516 |
| 90 | Inter-Avid Productions | PA 1-725-517 |
| 91 | Inter-Avid Productions | PA 1-725-519 |
| 92 | Inter-Avid Productions | PA 1-725-520 |
| 93 | Inter-Avid Productions | PA 1-725-521 |

## Exhibit A - List of Infringing Works

| # | Producer | Registration |
|---|---|---|
| 94 | Inter-Avid Productions | PA 1-725-522 |
| 95 | Inter-Avid Productions | PA 1-725-525 |
| 96 | Inter-Avid Productions | PA 1-725-526 |
| 97 | Inter-Avid Productions | PA 1-725-527 |
| 98 | Inter-Avid Productions | PA 1-725-528 |
| 99 | Inter-Avid Productions | PA 1-725-529 |
| 100 | Inter-Avid Productions | PA 1-725-496 |
| 101 | Inter-Avid Productions | PA 1-725-494 |
| 102 | Inter-Avid Productions | PA 1-725-493 |
| 103 | Inter-Avid Productions | PA 1-725-441 |
| 104 | Inter-Avid Productions | PA 1-725-440 |
| 105 | Inter-Avid Productions | PA 1-725-438 |
| 106 | Inter-Avid Productions | PA 1-725-436 |
| 107 | Inter-Avid Productions | PA 1-725-434 |
| 108 | Inter-Avid Productions | PA 1-725-431 |
| 109 | Inter-Avid Productions | PA 1-725-429 |
| 110 | Inter-Avid Productions | PA 1-725-426 |
| 111 | Inter-Avid Productions | PA 1-725-424 |
| 112 | Inter-Avid Productions | PA 1-725-422 |
| 113 | Inter-Avid Productions | PA 1-725-421 |
| 114 | Inter-Avid Productions | PA 1-725-419 |
| 115 | Inter-Avid Productions | PA 1-725-414 |
| 116 | Inter-Avid Productions | PA 1-725-411 |
| 117 | Inter-Avid Productions | PA 1-725-410 |
| 118 | Inter-Avid Productions | PA 1-725-408 |
| 119 | Inter-Avid Productions | PA 1-725-407 |
| 120 | Inter-Avid Productions | PA 1-725-406 |
| 121 | Inter-Avid Productions | PA 1-725-404 |
| 122 | Inter-Avid Productions | PA 1-725-373 |
| 123 | Inter-Avid Productions | PA 1-725-402 |
| 124 | Inter-Avid Productions | PA 1-725-398 |
| 125 | Inter-Avid Productions | PA 1-725-371 |
| 126 | Inter-Avid Productions | PA 1-725-363 |
| 127 | Inter-Avid Productions | PA 1-725-395 |
| 128 | Inter-Avid Productions | PA 1-725-369 |
| 129 | Inter-Avid Productions | PA 1-725-366 |
| 130 | Inter-Avid Productions | PA 1-725-360 |
| 131 | Inter-Avid Productions | PA 1-725-367 |
| 132 | Inter-Avid Productions | PA 1-725-400 |
| 133 | Inter-Avid Productions | PA 1-725-397 |
| 134 | Inter-Avid Productions | PA 1-725-375 |
| 135 | Inter-Avid Productions | PA 1-725-365 |
| 136 | Inter-Avid Productions | PA 1-725-361 |
| 137 | Inter-Avid Productions | PA 1-725-399 |
| 138 | Inter-Avid Productions | PA 1-725-359 |
| 139 | Inter-Avid Productions | PA 1-725-368 |
| 140 | Inter-Avid Productions | PA 1-725-401 |

## Exhibit A - List of Infringing Works

| | | |
|---|---|---|
| 141 | Inter-Avid Productions | PA 1-725-396 |
| 142 | Inter-Avid Productions | PA 1-724-862 |
| 143 | Inter-Avid Productions | PA 1-724-864 |
| 144 | Inter-Avid Productions | PA 1-724-866 |
| 145 | Inter-Avid Productions | PA 1-724-868 |
| 146 | Inter-Avid Productions | PA 1-724-872 |
| 147 | Inter-Avid Productions | PA 1-724-873 |
| 148 | Inter-Avid Productions | PA 1-724-875 |
| 149 | Inter-Avid Productions | PA 1-724-877 |
| 150 | Inter-Avid Productions | PA 1-724-879 |
| 151 | Inter-Avid Productions | PA 1-724-880 |
| 152 | Inter-Avid Productions | PA 1-724-881 |
| 153 | Inter-Avid Productions | PA 1-724-882 |
| 154 | Inter-Avid Productions | PA 1-724-883 |
| 155 | Inter-Avid Productions | PA 1-724-884 |
| 156 | Inter-Avid Productions | PA 1-724-885 |
| 157 | Inter-Avid Productions | PA 1-724-887 |
| 158 | Inter-Avid Productions | PA 1-724-889 |
| 159 | Inter-Avid Productions | PA 1-724-891 |
| 160 | Inter-Avid Productions | PA 1-724-894 |
| 161 | Inter-Avid Productions | PA 1-724-904 |
| 162 | Inter-Avid Productions | PA 1-725-988 |
| 163 | Inter-Avid Productions | PA 1-725-990 |
| 164 | Inter-Avid Productions | PA 1-726-013 |
| 165 | Inter-Avid Productions | PA 1-725-987 |
| 166 | Inter-Avid Productions | PA 1-726-077 |
| 167 | Inter-Avid Productions | PA 1-725-995 |
| 168 | Inter-Avid Productions | PA 1-726-012 |
| 169 | Inter-Avid Productions | PA 1-726-081 |
| 170 | Inter-Avid Productions | PA 1-726-004 |
| 171 | Inter-Avid Productions | PA 1-726-060 |
| 172 | Inter-Avid Productions | PA 1-726-079 |
| 173 | Inter-Avid Productions | PA 1-726-009 |
| 174 | Inter-Avid Productions | PA 1-726-006 |
| 175 | Inter-Avid Productions | PA 1-726-084 |
| 176 | Inter-Avid Productions | PA 1-726-011 |
| 177 | Inter-Avid Productions | PA 1-725-986 |
| 178 | Inter-Avid Productions | PA 1-726-005 |
| 179 | Inter-Avid Productions | PA 1-726-083 |
| 180 | Inter-Avid Productions | PA 1-725-076 |
| 181 | Inter-Avid Productions | PA 1-726-082 |
| 182 | Inter-Avid Productions | PA 1-726-007 |
| 183 | Inter-Avid Productions | PA 1-725-992 |
| 184 | Inter-Avid Productions | PA 1-726-026 |
| 185 | Inter-Avid Productions | PA 1-726-030 |
| 186 | Inter-Avid Productions | PA 1-726-032 |
| 187 | Inter-Avid Productions | PA 1-726-045 |

Exhibit A - List of Infringing Works

## Exhibit A - List of Infringing Works

| | | |
|---|---|---|
| 188 | Inter-Avid Productions | PA 1-726-046 |
| 189 | Inter-Avid Productions | PA 1-726-047 |
| 190 | Inter-Avid Productions | PA 1-726-049 |
| 191 | Inter-Avid Productions | PA 1-726-050 |
| 192 | Inter-Avid Productions | PA 1-726-051 |
| 193 | Inter-Avid Productions | PA 1-726-052 |
| 194 | Inter-Avid Productions | PA 1-726-054 |
| 195 | Inter-Avid Productions | PA 1-726-056 |
| 196 | Inter-Avid Productions | PA 1-726-057 |
| 197 | Inter-Avid Productions | PA 1-726-058 |
| 198 | Inter-Avid Productions | PA 1-725-989 |
| 199 | Inter-Avid Productions | PA 1-726-064 |
| 200 | Inter-Avid Productions | PA 1-726-066 |
| 201 | Inter-Avid Productions | PA 1-726-069 |
| 202 | Inter-Avid Productions | PA 1-726-071 |
| 203 | Inter-Avid Productions | PA 1-726-072 |
| 204 | Inter-Avid Productions | PA 1-726-074 |
| 205 | Inter-Avid Productions | PA 1-726-022 |
| 206 | Inter-Avid Productions | PA 1-726-024 |
| 207 | Inter-Avid Productions | PA 1-726-065 |
| 208 | Inter-Avid Productions | PA 1-726-015 |
| 209 | Inter-Avid Productions | PA 1-726-020 |
| 210 | Inter-Avid Productions | PA 1-726-016 |
| 211 | Inter-Avid Productions | PA 1-726-018 |
| 212 | Inter-Avid Productions | PA 1-727-316 |
| 213 | Inter-Avid Productions | PA 1-725-523 |
| 214 | Inter-Avid Productions | PA-1-724-698 |
| 215 | Inter-Avid Productions | PA-1-724-699 |
| 216 | Inter-Avid Productions | PA-1-724-702 |
| 217 | Inter-Avid Productions | PA-1-724-703 |
| 218 | Inter-Avid Productions | PA-1-724-705 |
| 219 | Inter-Avid Productions | PA-1-724-706 |
| 220 | Inter-Avid Productions | PA-1-724-708 |
| 221 | Inter-Avid Productions | PA-1-724-709 |
| 222 | Inter-Avid Productions | PA-1-724-711 |
| 223 | Inter-Avid Productions | PA-1-724-712 |
| 224 | Inter-Avid Productions | PA-1-724-713 |
| 225 | Inter-Avid Productions | PA-1-724-732 |
| 226 | Inter-Avid Productions | PA-1-724-733 |
| 227 | Inter-Avid Productions | PA-1-724-734 |
| 228 | Inter-Avid Productions | PA-1-724-735 |
| 229 | Inter-Avid Productions | PA-1-724-736 |
| 230 | Inter-Avid Productions | PA-1-724-737 |
| 231 | Inter-Avid Productions | PA-1-724-738 |
| 232 | Inter-Avid Productions | PA-1-724-739 |
| 233 | Inter-Avid Productions | PA-1-724-740 |

# Exhibit B

## Exhibit B- Copyright Numbers Pending

|    | Copyright Owner        | Copyright Case/SR # |
|----|------------------------|---------------------|
| 1  | Inter-Avid Productions | 1-559659398         |
| 2  | Inter-Avid Productions | 1-559659452         |
| 3  | Inter-Avid Productions | 1-559659475         |
| 4  | Inter-Avid Productions | 1-559659507         |
| 5  | Inter-Avid Productions | 1-559659529         |
| 6  | Inter-Avid Productions | 1-559659551         |
| 7  | Inter-Avid Productions | 1-559659573         |
| 8  | Inter-Avid Productions | 1-559717605         |
| 9  | Inter-Avid Productions | 1-559717627         |
| 10 | Inter-Avid Productions | 1-559717649         |
| 11 | Inter-Avid Productions | 1-559717671         |
| 12 | Inter-Avid Productions | 1-559717693         |
| 13 | Inter-Avid Productions | 1-559717715         |
| 14 | Inter-Avid Productions | 1-559717737         |
| 15 | Inter-Avid Productions | 1-559717759         |
| 16 | Inter-Avid Productions | 1-559717781         |
| 17 | Inter-Avid Productions | 1-559717803         |
| 18 | Inter-Avid Productions | 1-559717825         |
| 19 | Inter-Avid Productions | 1-559717847         |
| 20 | Inter-Avid Productions | 1-559717869         |
| 21 | Inter-Avid Productions | 1-559717891         |
| 22 | Inter-Avid Productions | 1-559717913         |
| 23 | Inter-Avid Productions | 1-559717935         |
| 24 | Inter-Avid Productions | 1-559717957         |
| 25 | Inter-Avid Productions | 1-559717979         |
| 26 | Inter-Avid Productions | 1-559718001         |
| 27 | Inter-Avid Productions | 1-559718023         |
| 28 | Inter-Avid Productions | 1-559718045         |
| 29 | Inter-Avid Productions | 1-559718077         |
| 30 | Inter-Avid Productions | 1-559718109         |
| 31 | Inter-Avid Productions | 1-559718131         |
| 32 | Inter-Avid Productions | 1-559718153         |
| 33 | Inter-Avid Productions | 1-559718175         |
| 34 | Inter-Avid Productions | 1-559718197         |
| 35 | Inter-Avid Productions | 1-559718219         |
| 36 | Inter-Avid Productions | 1-559718251         |
| 37 | Inter-Avid Productions | 1-559718273         |
| 38 | Inter-Avid Productions | 1-559718295         |
| 39 | Inter-Avid Productions | 1-559718317         |
| 40 | Inter-Avid Productions | 1-559718339         |
| 41 | Inter-Avid Productions | 1-5597198361        |
| 42 | Inter-Avid Productions | 1-559718383         |
| 43 | Inter-Avid Productions | 1-559742755         |
| 44 | Inter-Avid Productions | 1-559742837         |
| 45 | Inter-Avid Productions | 1-559742879         |
| 46 | Inter-Avid Productions | 1-559742911         |

## Exhibit B- Copyright Numbers Pending

| | | |
|---|---|---|
| 47 | Inter-Avid Productions | 1-559742933 |
| 48 | Inter-Avid Productions | 1-559742955 |
| 49 | Inter-Avid Productions | 1-559742977 |
| 50 | Inter-Avid Productions | 1-558564595 |
| 51 | Inter-Avid Productions | 1-558564463 |
| 52 | Inter-Avid Productions | 1-558601749 |
| 53 | Inter-Avid Productions | 1-558564441 |
| 54 | Inter-Avid Productions | 1-558601683 |
| 55 | Inter-Avid Productions | 1-558601771 |
| 56 | Inter-Avid Productions | 1-558564507 |
| 57 | Inter-Avid Productions | 1-558564529 |
| 58 | Inter-Avid Productions | 1-558564353 |
| 59 | Inter-Avid Productions | 1-558564551 |
| 60 | Inter-Avid Productions | 1-558601617 |
| 61 | Inter-Avid Productions | 1-558564485 |
| 62 | Inter-Avid Productions | 1-558564419 |
| 63 | Inter-Avid Productions | 1-558601661 |
| 64 | Inter-Avid Productions | 1-558601639 |
| 65 | Inter-Avid Productions | 1-558564397 |
| 66 | Inter-Avid Productions | 1-558564573 |
| 67 | Inter-Avid Productions | 1-558601727 |
| 68 | Inter-Avid Productions | 1-558601705 |
| 69 | Inter-Avid Productions | 1-558564331 |
| 70 | Inter-Avid Productions | 1-558563947 |
| 71 | Inter-Avid Productions | 1-558564287 |
| 72 | Inter-Avid Productions | 1-558564111 |
| 73 | Inter-Avid Productions | 1-558564155 |
| 74 | Inter-Avid Productions | 1-558564045 |
| 75 | Inter-Avid Productions | 1-558564023 |
| 76 | Inter-Avid Productions | 1-558564243 |
| 77 | Inter-Avid Productions | 1-558564265 |
| 78 | Inter-Avid Productions | 1-558564067 |
| 79 | Inter-Avid Productions | 1-558564001 |
| 80 | Inter-Avid Productions | 1-558563860 |
| 81 | Inter-Avid Productions | 1-558564177 |
| 82 | Inter-Avid Productions | 1-558564133 |
| 83 | Inter-Avid Productions | 1-558564089 |
| 84 | Inter-Avid Productions | 1-558564199 |
| 85 | Inter-Avid Productions | 1-558563969 |
| 86 | Inter-Avid Productions | 1-558564309 |
| 87 | Inter-Avid Productions | 1-558564221 |