| | |
|---|---|
| 1 | Lawrence C. Ecoff, Esq. (SBN 143814) |
| 2 | Philip H.R. Nevinny, Esq. (SBN 150506)<br>ECOFF BLUT, LLP |
| 3 | 280 South Beverly Drive, Suite 504<br>Beverly Hills, CA 90212 |
| 4 | Telephone: (310) 887-1850<br>Facsimile: (310) 887-1855 |
| 5 | ecoff@ecofflaw.com |
| 6 | Attorneys for Plaintiff and Counter-<br>Defendants INTER-AVID PRODUCTIONS |
| 7 | and ANDREW STODDARD |
| 8 | Andrew J. Thomas (SBN 159533)<br>ajthomas@jenner.com |
| 9 | L. David Russell (SBN 260043 )<br>drussell@jenner.com |
| 10 | JENNER & BLOCK LLP<br>633 West 5th Street, Suite 3500 |
| 11 | Los Angeles, CA 90071<br>Telephone: (213) 239-5100 |
| 12 | Facsimile: (213)239-5199 |
| 13 | Attorneys for Defendants and Counter-Claimants<br>VENTURA CONTENT, LTD. (incorrectly named as |
| 14 | Ventura Content, AVV), and CYBERHEAT, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-AVID PRODUCTIONS, a California Corporation,<br>          Plaintiff,<br>v.<br>VENTURA CONTENT, AVV, an Aruban Corporation, and doing business as Pink Visual; CYBERHEAT, INC., an Arizona Corporation, and doing business as Pink Visual; and DOES 1 through 20, inclusive,<br>          Defendants. | Case No. 11-CV-05119 GHK (VBK)<br><br>**NOTICE OF LODGING [PROPOSED] STIPULATED PROTECTIVE ORDER**<br><br>Honorable Victor B. Kenton |
| VENTURA CONTENT, LTD., an Anguilla Company; and CYBERHEAT, INC., an Arizona Corporation,<br>          Counter-Claimants,<br>v.<br>INTER-AVID PRODUCTIONS, a California Corporation; and ANDREW STODDARD, an individual,<br>          Counter-Defendants. | |

|   |   |
|---|---|
| 1 | Defendants and counter-claimants Ventura Content, Ltd. and Cyberheat, Inc. |
| 2 | hereby submit the attached [Proposed] Stipulated Protective Order for the above- |
| 3 | captioned matter. |

Respectfully submitted,

DATED: November 28, 2011        JENNER & BLOCK LLP


By: /s/Andrew J. Thomas
    Andrew J. Thomas

Attorneys for Defendants and Counter-Claimants Ventura Content, Ltd. (incorrectly named as Ventura Content, AVV) and Cyberheat, Inc.