UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-05119 GHK (VBK) | Date | May 16, 2012 |
|---|---|---|---|
| Title | Inter-Avid Productions v. Ventura Content, AVV, et al. | | |

| Present: The Honorable | Victor B. Kenton, United States Magistrate Judge | |
|---|---|---|
| Roxanne Horan | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip H. R. Nevinny | Andrew J. Thomas |
| Lawrence C. Ecoff | Jessica Pena |

**Proceedings:**      **SECOND SETTLEMENT CONFERENCE**

On May 16, 2012, the Court held a second settlement conference with the parties and counsel, from 10:00 a.m. to 3:30 p.m. In the Court's view, substantial progress was made between the parties, and the Court is hopeful that a final agreement can be reached. The parties agreed to return for a continued settlement conference on May 30, 2012. Unless the parties notify the Court that a written settlement agreement has been signed, or if the Court receives notice from at least one party that it does not believe a continued settlement conference would be helpful, then counsel for the parties will appear. The parties need not appear if counsel are provided with full authorization to agree to a settlement on the record.

The parties further advised the Court that according to the Scheduling Order, joint papers on the summary judgment motion are due on June 18, 2012. It is this Court's recommendation that, with the consent of the District Judge, an extension of 30 days, to July 18, 2012 for the briefing on the summary judgment would be advantageous in order to promote vigorous settlement discussions. The parties indicated that they will present such a Stipulation and [Proposed] Order to the District Judge.

**IT IS SO ORDERED**.

cc: District Judge King

|  | 5 hrs. | : | 30 mins. |
|---|---|---|---|
| | Initials of Preparer | | RH |