FILED
CLERK, U.S. DISTRICT COURT

MAY 16 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

NOTE CHANGES MADE BY THE COURT.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-AVID PRODUCTIONS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>VENTURA CONTENT, AVV, an Aruban Corporation, and doing business as Pink Visual; CYBERHEAT, INC., an Arizona Corporation, and doing business as Pink Visual; and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 11-CV-05119 GHK (VBK)<br><br>[PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF DATE<br><br>Honorable George H. King |
| VENTURA CONTENT, LTD., an Anguilla Company; and CYBERHEAT, INC., an Arizona Corporation,<br><br>Counter-Claimants,<br><br>v.<br><br>INTER-AVID PRODUCTIONS, a California Corporation; and ANDREW STODDARD, an individual,<br><br>Counter-Defendants. | |

[PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF DATE

1  Having reviewed the parties' stipulation, and for good cause appearing, the
2  Court orders that: (1) the deposition of Don Ho shall be taken and completed on
3  May 15, 2012; ~~and (2) the parties shall take and complete the depositions of each~~
4  ~~others' previously-designated expert witnesses at least 45 days before the trial date~~
5  ~~set by the Court.~~ All other aspects of our scheduling
6  order stands. No good cause shown for
7  any other relief.
8  IT IS SO ORDERED.
9
10  DATED: 5/16/12
11  Hon. George H. King
12  United States District Court Judge