E-Filed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 11-5119 GHK (VBKx) | Date | June 19, 2012 |
| Title | INTER-AVID PRODUCTIONS  vs.  VENTURA CONTENT, AVV, et al | | |

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

| Beatrice Herrera | N/R |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip H. R. Nevinny | Andrew J. Thomas |
| Lawrence Ecoff | L. David Russell |

**Proceedings:**     **TELEPHONE STATUS CONFERENCE**

　　　　The Court conducts telephonic status conference with counsel regarding the status of the case and settlement.  Having heard from counsel, Court directs the parties to further settlement conference.  Counsel shall contact the court clerk to Judge Jay Gandhi forthwith to set settlement conference as soon as possible that is convenient to Judge Gandhi's calendar.  Counsel shall file a joint status report within **seven (7) days** hereof informing the Court of the date and time set for settlement conference.  If case settles, counsel shall contact the court clerk forthwith.  If case does not settle, the parties shall file a joint status report within forty-eight (48) hours after the conclusion of such settlement discussions, and in the joint status report, counsel shall jointly propose a new date for the filing of summary judgment motions.  Present deadline for filing of summary judgments is hereby **VACATED.**

　　　**IT IS SO ORDERED.**

|  | : | **14** |
|---|---|---|
| | Initials of Preparer | Bea |