1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| INTER-AVID PRODUCTIONS, a California Corporation, | Case No. 11-CV-05119 GHK (VBK) |
|---|---|
| Plaintiff, | **ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| v. | |
| VENTURA CONTENT, AVV, an Aruban Corporation, and doing business as Pink Visual; CYBERHEAT, INC., an Arizona Corporation, and doing business as Pink Visual; and DOES 1 through 20, Inclusive, | Honorable Jay C. Gandhi |
| Defendants. | |
| VENTURA CONTENT, LTD., an Anguilla Company; and CYBERHEAT, INC., an Arizona Corporation, | |
| Counter-Claimants, | |
| v. | |
| INTER-AVID PRODUCTIONS, a California Corporation; and ANDREW STODDARD, an individual, | |
| Counter-Defendants. | |

[PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE

1 | Having reviewed the Application to Continue Settlement Conference, and for good cause appearing, the Court orders that the parties' Settlement Conference before this Court shall be continued from August 23, 2012 to October 25, 2012 at 10:00 a.m., in Courtroom 827-A of the United States Courthouse, 312 North Spring Street, 8th Floor, Los Angeles, California 90012.

IT IS SO ORDERED.

DATED: August 23, 2012        _____

Hon. Jay C. Gandhi
United States Magistrate Judge