# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-5119 GHK (VBKx) | Date | November 29, 2012 |
|---|---|---|---|
| Title | *Inter-Avid Productions v. Ventura Content, AVV, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | | |
|---|---|---|---|
| Beatriz Martinez | CS 11/29/2012 | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Lawrence C. Ecoff<br>Philip H.R. Nevinny | Andrew J. Thomas |

**Proceedings:**   **ORDER REGARDING SETTLEMENT CONFERENCE**

The above-captioned matter came on for a settlement conference.

The parties and their counsel were present.

The Court privately caucused with the parties and their counsel.

The matter was resolved pursuant to a written settlement agreement

The parties are reminded that all discussions were, and are, deemed to be confidential settlement communications.

The parties shall file a Notice of Settlement with the Court forthwith.

*It is so ordered.*

cc: Hon. George H. King, Chief U.S. District Judge
Parties of Record

|  | 9 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | | bm |