JS - 6
E-FILED 12/07/2012

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTER-AVID PRODUCTIONS ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VENTURA CONTENT, AVV, et al ) <br> ) <br> Defendants. ) <br> _____) | CASE NO. CV 11-5119 GHK (VBKx) <br><br> **ORDER OF DISMISSAL** |

The parties having gone before Judge Gandhi, for settlement and the Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **twenty-one (21) days**, to reopen the action if settlement is not consummated.

Dated: 12/7/12

_____
GEORGE H. KING
Chief United States District Judge